# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## DISCLOSURE STATEMENT

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No. __24-2044__     Caption: __RNC, et al. v. NCSBE, et al. (Nos. 24-2044 and 24-2045)__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__North Carolina Republican Party__
(name of party/amicus)

who is __Appellee__, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☐ YES ☑ NO
   If yes, identify all parent corporations, including all generations of parent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐YES ☑NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐YES ☑NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐YES ☑NO
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7. Is this a criminal case in which there was an organizational victim? ☐YES ☑NO
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature: /s/ Phillip J. Strach       Date: 10.21.2024

Counsel for: North Carolina Republican Party

- 2 -

Print to PDF for Filing

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically serve electronic copies on all counsel of record.

This, the 21st day of October, 2024.

> **NELSON MULLINS RILEY & SCARBOROUGH LLP**
>
> By: /s/ Phillip J. Strach
> Phillip J. Strach
> North Carolina State Bar No. 29456
> Jordan A. Koonts
> North Carolina State Bar No. 59363
> 301 Hillsborough Street, Suite 1400
> Raleigh, North Carolina 27603
> Ph: (919) 329-3800
> phil.strach@nelsonmullins.com
> jordan.koonts@nelsonmullins.com
>
> **BAKER DONELSON BEARMAN, CALDWELL & BERKOWITZ, PC**
>
> By: /s/ John E. Branch, III
> John E. Branch, III
> North Carolina State Bar No. 32598
> Thomas G. Hooper
> North Carolina State Bar No. 25571
> 2235 Gateway Access Point, Suite 220
> Raleigh, NC 27607
> Ph: (984) 844-7900
> jbranch@bakerdonelson.com
> thooper@bakerdonelson.com
>
> *Counsel for Plaintiffs-Appellees*