Nos. 24-2044, 24-2045

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

REPUBLICAN NATIONAL COMMITTEE, NORTH CAROLINA REPUBLICAN PARTY,

*Plaintiffs-Appellees*,

*v.*

NORTH CAROLINA STATE BOARD OF ELECTIONS, KAREN BRINSON BELL, ALAN HIRSCH, JEFF CARMON, STACY EGGERS IV, KEVIN N. LEWIS, SIOBHAN O'DUFFY MILLEN,

*Defendants-Appellants*,

DEMOCRATIC NATIONAL COMMITTEE,

*Intervenor-Defendant-Appellant*.

On Appeal from the United States District Court
for the Eastern District of North Carolina, No. 5:24-cv-00547 (Myers, C.J.)

**RESPONSE IN SUPPORT OF STATE BOARD DEFENDANTS-APPELLANTS' MOTION TO EXPEDITE APPEALS BY INTERVENOR-DEFENDANT-APPELLANT THE DEMOCRATIC NATIONAL COMMITTEE**

JIM W. PHILLIPS, JR.
SHANA L. FULTON
ERIC M. DAVID
WILLIAM A. ROBERTSON
JAMES W. WHALEN
BROOKS, PIERCE, MCLENDON
   HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capital Center
Raleigh, N.C. 27601
(919) 839-0300

SETH P. WAXMAN
DANIEL S. VOLCHOK
CHRISTOPHER E. BABBITT
GARY M. FOX
JOSEPH M. MEYER
JANE E. KESSNER
NITISHA BARONIA
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com

The Democratic National Committee ("DNC") joins the State Board Defendants-Appellants' Motion to Expedite Appeals (ECF No. 28). For reasons set out therein, the DNC respectfully requests the Court grant the State Board's Motion to Expedite Appeals, expedite consideration of these consolidated appeals, order the briefing schedule proposed by the State Board, and grant such other and further relief as the Court deem just and proper.

October 21, 2024

Respectfully submitted,

/s/ Shana L. Fulton

| | |
|---|---|
| JIM W. PHILLIPS, JR. | SETH P. WAXMAN |
| SHANA L. FULTON | DANIEL S. VOLCHOK |
| ERIC M. DAVID | CHRISTOPHER E. BABBITT |
| WILLIAM A. ROBERTSON | GARY M. FOX |
| JAMES W. WHALEN | JOSEPH M. MEYER |
| BROOKS, PIERCE, MCLENDON | JANE E. KESSNER |
|    HUMPHREY & LEONARD, LLP | NITISHA BARONIA |
| 150 Fayetteville Street | WILMER CUTLER PICKERING |
| 1700 Wells Fargo Capital Center |    HALE AND DORR LLP |
| Raleigh, N.C. 27601 | 2100 Pennsylvania Avenue N.W. |
| (919) 839-0300 | Washington, D.C. 20037 |
| | (202) 663-6000 |
| | seth.waxman@wilmerhale.com |

**CERTIFICATE OF COMPLIANCE**

The foregoing complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) in that, according to the word-count feature of the word-processing system used to prepare this document (Microsoft Word for Microsoft 365), the foregoing contains 65 words, excluding the portions exempted by Rule 32(f).

/s/ Shana L. Fulton
SHANA L. FULTON

## CERTIFICATE OF SERVICE

On this 21st day of October, 2024, I electronically filed the foregoing using the Court's appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by that system.

/s/ Shana L. Fulton
SHANA L. FULTON
