Nos. 24-2044, 24-4045

# In the United States Court of Appeals for the Fourth Circuit

REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY,
*Plaintiffs-Appellees*

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*,
*Defendants-Appellants*

DEMOCRATIC NATIONAL COMMITTEE,
*Intervenor/Defendant-Appellant*

———————

From the United States District Court
for the Eastern District of North Carolina
The Honorable Richard E. Myers II (No. 5:24-CV-00547)

———————

**RESPONSE OF PLAINTIFFS-APPELLEES TO DEFENDANTS-APPELLANTS' MOTION TO EXPEDITE APPEALS**

———————

PHILLIP J. STRACH
JORDAN A. KOONTS
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 HILLSBOROUGH STREET, SUITE 1400
RALEIGH, NORTH CAROLINA 27603
PH: (919) 329-3800
PHIL.STRACH@NELSONMULLINS.COM
JORDAN.KOONTS@NELSONMULLINS.COM

As explained in their Response in Opposition to Defendants-Appellants' Motion to Stay, (Doc. 19), Plaintiffs-Appellees maintain that this matter should proceed in state court without delay. As the district court rightly observed, the remaining claim in this matter presents a novel question of state law of which the state courts of North Carolina should decide. *Id.* at p. 7; *see also* Op. 43-44. As such, the district court's order remanding Count II to state court was proper and should be enforced promptly.

Although Plaintiffs-Appellees contend that Count II should be allowed to swiftly proceed in state court, to the extent the Court is inclined to stay such proceedings and exclusively entertain this improper appeal, delving into the thicket of state law and comity issues it presents, then Plaintiffs-Appellees consent to expediting this appeal such that they may obtain relief as soon as possible. Should the Court expedite the appeal, Plaintiffs-Appellees defer to the Court regarding setting briefing schedules.

Respectfully submitted, this the 22nd day of October, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach
North Carolina State Bar no. 29456
Jordan A. Koonts
North Carolina State Bar no. 59363
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
jordan.koonts@nelsonmullins.com

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
John E. Branch, III
North Carolina State Bar no. 32598
Thomas G. Hooper
North Carolina State Bar no. 25571
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Ph: (984) 844-7900
jbranch@bakerdonelson.com
thooper@bakerdonelson.com

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF COMPLIANCE

1.	This brief complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 153 words, excluding the parts of the brief exempted by FRAP 32(f).

2.	This brief complies with the typeface and style-requirements of FRAP 27(d)(1) and 32(a)(5) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Century Schoolbook font.


October 22, 2024

/s/ Phillip J. Strach
Phillip J. Strach
NELSON MULLINS RILEY &
SCARBOROUGH LLP
301 Hillsborough St., Ste 1400
Raleigh, NC 27603
(919) 329-3800
phil.strach@nelsonmullins.com

*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit by using the appellate  CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


October 22, 2024                                    /s/ Phillip J. Strach
                                                    Phillip J. Strach
                                                    NELSON MULLINS RILEY &
                                                    SCARBOROUGH LLP
                                                    301 Hillsborough St., Ste 1400
                                                    Raleigh, NC 27603
                                                    (919) 329-3800
                                                    phil.strach@nelsonmullins.com

                                                    *Counsel for Plaintiffs-Appellees*