UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2044 (L)
(5:24-cv-00547-M-RJ)

_____

REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY

    Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS, IV, in their official capacities as Members of the North Carolina State Board of Elections; KEVIN N. LEWIS, in their official capacities as Members of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in their official capacities as Members of the North Carolina State Board of Elections

    Defendants - Appellants

 and

DEMOCRATIC NATIONAL COMMITTEE

    Intervenor/Defendant

_____

O R D E R

_____

Upon consideration of the motion to expedite and to accelerate case processing in these consolidated appeals, the court grants the motion.

The parties are directed to appear in person in Richmond for argument in this case on Monday, October 28 at 2 p.m. The parties shall adhere to the following briefing schedule:

- Opening Briefs and Joint Appendix are due on Wednesday, October 23 at 11:59 p.m.
- Response Brief is due on Thursday, October 24 at 5:00 p.m.
- Reply Briefs are due on Friday, October 25 at 3:00 p.m.

As part of their briefs, the parties are directed to answer the following question:

> The district court remanded because it declined to exercise supplemental jurisdiction over the state constitutional claim. On appeal, does this court have jurisdiction to consider whether the district court possessed original jurisdiction over that claim under 28 U.S.C. § 1331?

For the Court

/s/ Nwamaka Anowi, Clerk