UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2044 (L)
(5:24-cv-00547-M-RJ)

_____

REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA
REPUBLICAN PARTY

    Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON
BELL, in her official capacity as Executive Director of the North Carolina State
Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North
Carolina State Board of Elections; JEFF CARMON, in his official capacity as
Secretary of the North Carolina State Board of Elections; STACY EGGERS, IV,
in their official capacities as Members of the North Carolina State Board of
Elections; KEVIN N. LEWIS, in their official capacities as Members of the North
Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in their
official capacities as Members of the North Carolina State Board of Elections

    Defendants - Appellants

 and

DEMOCRATIC NATIONAL COMMITTEE

    Intervenor/Defendant

------------------------------

JACKSON SAILOR JONES; BERTHA LEVERETTE; NORTH CAROLINA
STATE CONFERENCE OF THE NAACP

    Amici Supporting Appellant

―――――――――――――
O R D E R
―――――――――――――

Upon consideration, the Court extends the existing administrative stay through 12:00 p.m. on October 29, 2024.

                For the Court

                <u>/s/ Nwamaka Anowi, Clerk</u>